## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARK RALEIGH,           )
       Plaintiff     )     Case No. 2:18-cv-11591
               )
v.               )
               )     Judge Terrence Berg
SERVICE EMPLOYEES    )     Magistrate Judge David Grand
INTERNATIONAL UNION,  )
       Defendant.   )
_____)

## ORDER EXTENDING THE DISPOSTIVE MOTION DEADLINE

Upon consideration of the motion filed by the parties, it is ORDERED that the dispositive motion deadline is extended to December 21, 2020. It is further ORDERED that response briefs are due on January 19, 2021, and reply briefs are due on February 9, 2021.

/s/Terrence G. Berg

TERRENCE G. BERG

UNITED STATES DISTRICT JUDGE

Dated: August 27, 2020